# EXHIBIT D

Date: **08/02/2021**
Amount: **7,200.00**
Check Number: **2408**
Account Number:





Date: **07/16/2021**
Amount: **4,200.00**
Check Number: **2394**
Account Number:

---

**2394**

NIDUS DEVELOPMENT LLC

M&T Bank
10-4/220

7/14/2021

PAY TO THE ORDER OF   Cornerstone Technology Group            $ **4,200.00

Four Thousand Two Hundred and 00/100··············································· DOLLARS

Cornerstone Technology Group, Inc.

AUTHORIZED SIGNATURE

MEMO

⑈002394⑈

---

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE